## Cullen *et al. v.* Lee *et al.*

### Motion to dismiss Appeal.

*Sufficiency of appeal bond.* — It is not neccessary that an appeal or *supersedeas* bond should show on its face which of the obligors are sureties, and which are principals.

APPEAL from the Chancery Court of Sumter.

Heard before the Hon. A. W. DILLARD.

The appellees in this case submitted a motion to dismiss the appeal, on the following grounds: "1. "There is no certificate identifying the appeal bond, or giving the names of the sureties thereto." "2. If what purports to be an appeal bond, in the body of the transcript, be considered the appeal bond, there is only one surety to said bond."

SNEDICOR & COCKRELL, with T. B. WETMORE, for the motion.

SMITH & COBBS, *contra.*

PETERS, C. J. — The transcript of the record, which is prepared with very great neatness and accuracy, shows that an appeal was taken from the final decree of the court below,

[Hightower v. Maull.]

which was rendered on the 17th day of September, 1873, and that there "was filed in said cause an appeal to supersede and reverse the decree, which, together with the bond and approval of the register, is in words and figures as follows, to wit : " and a formal appeal and *supersedeas* bond is then copied into the transcript. This bond is signed by those appellants who took the appeal, and also by " Thomas Cobbs, Robert H. Smith, and Jona. Bliss," who are not parties to the suit ; but they are not described as sureties in the bond, but as principal obligors. Obviously, this is a sufficient compliance with the purpose of the statute, which only requires that the bond for *supersedeas* shall be in double the amount of the judgment, with sufficient sureties. Rev. Code, § 3489. It is not necessary that the sureties shall be so described in the bond. They are equally sureties, whether so named or not. If the bond is insufficient, in consequence of the insolvency of the " security," the register or clerk will be liable for damages that may thereby be sustained. Rev. Code, § 3491. But the appeal will not be dismissed. Additional bond may be given. Rev. Code, p. 844, § 4421. There is no pretence that the bond in this case is insufficient for insolvency of the " security."

The motion is denied, with costs.